FILED
OCT 30 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 5:24 CR 00405 |
| v. ) | Title 18, United States Code, |
| ANDREW MEYERS, ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. ) | JUDGE BOYKO |

COUNT 1
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 6, 2024, in the Northern District of Ohio, Eastern Division, Defendant ANDREW MEYERS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Conspiracy to Manufacture, Possess, or Deliver Marijuana in Laramie County District Court, 1st Judicial District, Wyoming, 2019-CR-34-310, on or about December 23, 2019, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Glock, model 19, 9mm caliber, semi-automatic pistol, serial number BHCH364, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant ANDREW MEYERS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.